## UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### Hammond Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Terry L. VanCleef<br>xxx–xx–8994<br>1609 Westchester Ave.<br>Chesterton, IN 46304 | )<br>)<br>)<br>) Case Number: 07–21960–jpk<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 7<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Court, on its own Motion, hereby resets the Objection to Claims 3–18 filed by Debtor Terry L. VanCleef, originally set for Pre–Trial Conferenceon February 21, 2014 at 9:00 o'clock A.M. to March 7, 2014 at 9:30 o'clock A.M.

**SO ORDERED.**

Dated: January 31, 2014 .

J. Philip Klingeberger
_____
Judge, United States Bankruptcy Court

Document No. 101 – 39

PH–14K
Rev. 10/16/02