UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  VANCLEEF, TERRY L.<br>         Debtor(s) | CASE NO. 07-21960 JPK |

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED
STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2.  Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3.  Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4.  Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

| | |
|---|---|
| DATED:        April 18, 2014 | By: /s/ Stacia L. Yoon<br>STACIA L. YOON, TRUSTEE #16933-53<br>Genetos Retson & Yoon LLP<br>1000 E. 80th Place, Suite 555 North Tower<br>Merrillville, IN 46410<br>Telephone: (219) 755-0400<br>bankruptcy@grymlaw.com |

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Daniel W. Matern, dmatern@mm-bklaw.com
Regular Mail:
VANCLEEF, TERRY L., 514 S. 22nd Street, Chesterton, IN 46304
Midwest Pain Clinic, Paul C. Madison, MD, 907 Washington Street, Michigan City, IN 46360
Paul C. Madison, MD, 907 Washington Street, Michigan City, IN 46360-3517

Printed:  04/17/14 01:13 PM

# Claims Distribution Small Checks

Page: 1

**Trustee:  Stacia L. Yoon, Chapter 7 Trustee  (340450)**

**Case:**  07-21960  -  VANCLEEF, TERRY L.

| Account No. | Check No. | Issued | | | | Amount | Amount | Paid | Small |
| | Claim No. | Filed | Priority | Claimant | | Filed | Allowed | to Date | Payment |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5004115966 | 10117 | 04/17/14 | Payee: | U.S. Bankruptcy Court | | | | Check Amount: | $8.55 |
| | 9 | 11/02/11 | 620 | Midwest Pain Clinic<br>Paul C. Madison, MD<br>907 Washington Street<br>Michigan City, IN 46360 | | 7.17 | 7.17 | 4.26 | 4.26 |
| | 11 | 11/02/11 | 620 | Paul C. Madison, MD<br>907 Washington Street<br>Michigan City, IN 46360-3517 | | 7.22 | 7.22 | 4.29 | 4.29 |

(*) Denotes objection to Amount Filed